# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROSEHILL CONSTRUCTION, LLC

VERSUS

TED HEBERT, LLC

NO.  2022 CW 1222

**JANUARY 17, 2023**

---

In Re:  Ted Hebert, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 676846.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT